CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 22-20032-02-DDC |
| | AUSA: Michelle McFarlane |
| Plaintiff, | Defendant: Jonathan Truesdale |
| v. | |
| CHAZ HICKS, | |
| Defendant. | |

| JUDGE: | Judge Angel D. Mitchell | DATE: | December 28, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Teddy Van Ness | TAPE/REPORTER: | FTR Network @ 2:11 pm |
| INTERPRETER: | _____ | PROBATION: | _____ |

## PROCEEDINGS

☐ Initial Appearance ☐ Initial Revocation Hearing ☐ Bond Hearing
☐ Detention Hearing ☐ Initial Rule 5(c)(3) ☐ Bond Revocation Hearing
☒ Arraignment – 3 mins ☐ Preliminary Hearing ☐ Status Conference
☐ Discovery Conference ☐ Pretrial Conference ☐ In-Court Hearing

☐ Defendant sworn ☐ Examined re: financial status ☐ Counsel appointed

☒ Charges and penalties explained to defendant ☐ Advised of Due Process Protections Act
☒ Constitutional Rights Explained ☐ Felony ☐ Misdemeanor

☒ Waived Reading ☐ Read to Defendant: ☒ Second Superseding Indictment
☒ Number of Counts: 8 ☐ Guilty ☒ Not Guilty ☐ Indictment Unsealed

☐ Bond Revoked ☐ Continued on present conditions ☐ Release Order executed ☒ Remanded to Custody

☒ Status Conference set for January 5, 2023 at 9:00 a.m. in courtroom 476 before Judge Crabtree.

OTHER:  Defendant appears in person and with counsel.