IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. **ERNEST LUCAS et al,** **Defendants.** | Case No. 22-20032-DDC |

**FOURTH MOTION FOR LEAVE TO FILE REDACTED**
<u>**SECOND SUPERSEDING INDICTMENT**</u>

The United States of America, by and through undersigned counsel, moves for an order that the government's request for leave to file a Redacted Second Superseding Indictment be granted until all defendants are in custody.

DUSTON J. SLINKARD
United States Attorney
District of Kansas

 s/ *Michelle McFarlane*
MICHELLE McFARLANE, # 26824
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: michelle.mcfarlane@usdoj.gov
ELECTRONICALLY FILED
　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

      /s/ Michelle McFarlane
      MICHELLE McFARLANE
      Assistant United States Attorney