IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ERNEST LUCAS et al,<br><br>        Defendants. | Case No. 22-20032-DDC |

**FIFTH MOTION FOR LEAVE TO FILE REDACTED
THIRD SUPERSEDING INDICTMENT**

    The United States of America, by and through undersigned counsel, moves for an order that the government's request for leave to file a Redacted Third Superseding Indictment be granted until all defendants are in custody.

                                                  DUSTON J. SLINKARD
                                                  United States Attorney
                                                  District of Kansas

                                                  *s/ Michelle McFarlane*
                                                  MICHELLE McFARLANE, # 26824
                                                  Assistant United States Attorney
                                                  500 State Avenue, Suite 360
                                                  Kansas City, Kansas 66101
                                                  (913) 551-6730 (telephone)
                                                  (913) 551-6541 (facsimile)
                                                  E-mail: michelle.mcfarlane@usdoj.gov
                                                  ELECTRONICALLY FILED
                                                       Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

/s/ Michelle McFarlane
MICHELLE McFARLANE
Assistant United States Attorney