## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 22-20032-02-DDC** |
| **CHAZ HICKS,** | |
| **Defendant.** | |

### STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d), it is hereby stipulated and agreed by the attorney for the government, Michelle McFarlane, defendant Chaz Hicks, by and through counsel, Jonathan Truesdale, and ordered by the court:

Mr. Hicks may have independent access to discovery as electronically stored information on a thumb drive provided by counsel.   Discovery will be provided to custodians of USP Leavenworth on an encrypted thumb drive which allows only Mr. Hicks to access the discovery.   The discovery will be reviewed on a computer that will allow review of material but no alteration.   He will view the discovery in a private and secure room.

The defendant shall not redisclose discovery or share any personal identifying information (PII) to anyone outside the defense team.

Misuse, redisclosure, or any other misconduct associated with the PII will result in consequences that may include additional prosecution or, if convicted, sentencing consequences, such as denying credit for acceptance of responsibility or relieving the

1

government of its obligations under any plea agreement.

A copy of this stipulation and order shall be provided by defense counsel to the

defendant and kept with the discovery.

It is so stipulated and agreed by the undersigned parties and ordered by the Court:

/s/ Michelle McFarlane
Michelle McFarlane, KS Bar #26824
Assistant United States Attorney


/s/ Jonathan Truesdale
Jonathan Truesdsale, KS Bar #25403
Attorney for Chaz Hicks


So ordered on this 27th day of March 2023.


s/ Daniel D. Crabtree
DANIEL D. CRABTREE
United States District Judge