**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Michelle McFarlane, AUSA |
|---|---|
| Plaintiff, | |
| v.   Case No:   22-cr-20032-DDC-2 | |
| CHAZ HICKS, | Jonathan Truesdale, CJA |
| Defendant. | |

| JUDGE: | Judge James | DATE: | 4/19/2023 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | FTR @ 2:32 PM tjj |
| INTERPRETER: | N/A | PROBATION: | N/A |

**PROCEEDINGS**

☐ Initial Rule 5/Rule 5(c)(3)    ☐ Initial Revocation Hearing    ☐ Bond Hearing
☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Bond Revocation Hearing
☒ **Arraignment -  2 minutes**
☐ Status Conference
☐ Violations explained to defendant    ☐ Defendant sworn/examined re: financial status (No voucher)
☐ Counsel appointed

☐ Constitutional Rights Explained
☐ Felony            ☐ Misdemeanor
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☒ **Waived Reading of:**    ☐ **Read to Defendant:**
　　　　　☒ **Third Superseding Indictment**
　　　　　☐ **Information**
　　　　　☒ **Counts: 1ss-8ss and Forfeiture Notice**
☐ Guilty    ☒ **Not Guilty**
☐ Bail Revoked
☐ Bail Fixed at:  $_____
☐ Release Order executed
☐ Continued on present bond
☒ **Remanded to Custody pending trial.**
☒ **Status Hearing set for May 11, 2023 at 9:00 a.m. in courtroom 476 before Judge Crabtree.**